IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

OSCAR DOUGLAS NELSON, JR.,
    Petitioner,

vs.                                        Case No. 5:09cv218/RS/EMT

WALTER McNEIL,
    Respondent.
_____/

**ORDER**

    Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, as well as a motion to proceed in forma pauperis (Docs. 1, 2).

    Petitioner failed to provide the requisite supporting documentation for his motion to proceed in forma pauperis, specifically, <u>a prisoner consent form and financial certificate with an attached certified copy of his trust fund account statement</u>. Therefore, the motion will be denied without prejudice to Petitioner's refiling a complete motion with the required supporting documentation.

    Accordingly, it is **ORDERED**:

    1.     Petitioner's motion to proceed in forma pauperis (Doc. 2) is **DENIED** without prejudice.

    2.     The clerk shall send Petitioner a motion to proceed in forma pauperis and a prisoner consent form and financial certificate approved for use in the Northern District.

    3.     Within **THIRTY (30) DAYS** from the date of docketing of this order Petitioner shall (1) pay the $5.00 filing fee, or (2) submit a completed motion to proceed in forma pauperis with the requisite <u>prisoner consent form, signed financial certificate, including an attached computer printout of the transactions in his prison account</u>.

    4.    Failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

    **DONE AND ORDERED** this 1st day of July 2009.

    /s/ *Elizabeth M. Timothy*
    **ELIZABETH M. TIMOTHY**
    **UNITED STATES MAGISTRATE JUDGE**