IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

OSCAR DOUGLAS NELSON, JR.,
    Petitioner,

vs.                               Case No. 5:09cv218/RS/EMT

FLORIDA PAROLE COMMISSION, et al.,
    Respondents.
_____/

**O R D E R**

    This cause is before the court on Respondent Walter A. McNeil's answer (Doc. 17), filed October 6, 2009, to the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 1). The court notes that Respondent Florida Parole Commission ("FPC") previously filed an answer to the petition (Doc. 15) and Petitioner was directed to reply to FPC's answer on or before October 30, 2009 (*see* Doc. 16). The order directing Petitioner to reply, however, was inadvertently entered prior to the filing of Respondent McNeil's answer. Therefore, the time for filing a reply will be extended so Petitioner will have sufficient time to review the answer recently filed by Respondent McNeil and file <u>one</u> reply to <u>both</u> answers.

    Accordingly, it is **ORDERED**:

    Petitioner shall reply to Respondent Florida Parole Commission's answer (Doc. 15) and Respondent Walter A. McNeil's answer (Doc. 17) within **THIRTY (30) DAYS** from the date of docketing of this order.

    **DONE AND ORDERED** this <u>7</u>th day of October 2009.

                                              /s/ *Elizabeth M. Timothy*
                                              **ELIZABETH M. TIMOTHY**
                                              **UNITED STATES MAGISTRATE JUDGE**