IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

OSCAR DOUGLAS NELSON, JR.,

    Petitioner,

vs.                                    CASE NO. 5:09cv218/RS-EMT

FLORIDA PAROLE COMMISSION,
et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 25). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. The Petition For Writ Of Habeas Corpus (Doc. 1) is **denied**.

3. A certificate of appealability is **denied**.

4. The clerk is directed to close the file.

**ORDERED** on November 10, 2011.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**